# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STEPHEN KLEINSCHMIT,<br>    Plaintiff,<br>  v.<br>UNIVERSITY OF ILLINOIS CHICAGO; TIMOTHY L. KILLEEN, in his official capacity as President of University of Illinois System; and MARIE LYNN MIRANDA, in her official capacity as Chancellor of University,<br>    Defendants. | Case No. 1:25-cv-01400<br><br>Judge Elaine E. Bucklo<br><br>Magistrate Judge Jeannice Williams Appenteng |

## **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants, The Board of Trustees of the University of Illinois (incorrectly named by Plaintiff as University of Illinois Chicago), Timothy L. Killeen, and Marie Lynn Miranda (collectively, "Defendants"), by their undersigned counsel, move to dismiss Plaintiff's Complaint, with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). In support thereof, Defendants contemporaneously file their supporting Memorandum of Law.

Dated: May 6, 2025

                Respectfully submitted,

                THE BOARD OF TRUSTEES OF THE
                UNIVERSITY OF ILLINOIS, TIMOTHY L.
                KILLEEN, AND MARIE LYNN MIRANDA

                By: /s/ *Alexander L. Reich*
                One of their attorneys

William T. "Toby" Eveland (toby.eveland@saul.com)
Alexander L. Reich (alexander.reich@saul.com)
Saul Ewing LLP
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
(312) 876-7100

55306106.2

## **CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that on May 6, 2025, he caused the foregoing to be filed electronically with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which sent electronic notification to all parties who have appeared and are registered as CM/ECF participants in this matter.

      /s/ *Alexander L. Reich*

55306106.2