# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STEPHEN KLEINSCHMIT,<br>    Plaintiff,<br> v.<br>UNIVERSITY OF ILLINOIS CHICAGO; TIMOTHY L. KILLEEN, in his official capacity as President of University of Illinois System; and MARIE LYNN MIRANDA, in her official capacity as Chancellor of University,<br>    Defendants. | Case No. 1:25-cv-01400<br><br>Judge Elaine E. Bucklo<br><br>Magistrate Judge Jeannice Williams Appenteng |

## NOTICE OF MOTION

To: Counsel of Record

**PLEASE TAKE NOTICE** that **Defendants' Motion to Dismiss Plaintiff's Complaint and Memorandum of Law in Support Thereof** is set for presentment on **May 14, 2025 at 9:45 a.m.** before the Honorable Elaine E. Bucklo in Courtroom 2243 at 219 South Dearborn Street, Chicago, Illinois 60604. The Court shall set a briefing schedule by written order. No appearance is required.

|  |  |
|---|---|
| Dated: May 6, 2025 | Respectfully submitted,<br><br>THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, TIMOTHY L. KILLEEN, AND MARIE LYNN MIRANDA<br><br>By: /s/ *Alexander L. Reich*<br>One of their attorneys |

William T. "Toby" Eveland (toby.eveland@saul.com)
Alexander L. Reich (alexander.reich@saul.com)
Saul Ewing LLP
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
(312) 876-7100

## **CERTIFICATE OF SERVICE**

    The undersigned attorney certifies that on May 6, 2025, he caused the foregoing to be filed electronically with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which sent electronic notification to all parties who have appeared and are registered as CM/ECF participants in this matter.

    /s/ *Alexander L. Reich*