UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Stephen Kleinschmit
                                              Plaintiff,

v.                                                           Case No.: 1:25−cv−01400
                                                                  Honorable Elaine E. Bucklo

University of Illinois Chicago, et al.
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 6, 2025:

      MINUTE entry before the Honorable Elaine E. Bucklo: Amended Complaint having been filed on 5/27/2025, Defendants' motion to dismiss Plaintiff's complaint pursuant to Rules 12(b)(1) and 12(b)(6) [12] is moot, and its briefing schedule is stricken. Scheduling Conference is reset for 6/30/2025 at 9:45 a.m. (to track the case only; no appearances will be required). The parties' joint Rule 26(f) planning report is due 6/23/2025. The court will set a schedule based on the report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.