## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Stephen Kleinschmit

Plaintiff,

v.

Case No.: 1:25−cv−01400
Honorable Elaine E. Bucklo

University of Illinois Chicago, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 17, 2025:

MINUTE entry before the Honorable Elaine E. Bucklo: Defendants' motion to dismiss is granted in part. Enter Order. Plaintiff may proceed on his claim for damages under Title VI. All other claims are dismissed. Scheduling Conference set for 1/15/2026 at 9:45 a.m. (to track the case only; no appearance will be required). The joint Rule 26(f) report is due 1/8/2026. The court will enter a schedule based on the report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.